UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



| UNITED STATES OF AMERICA, | CR 10-40012 |
|---|---|
| Plaintiff, | |
| vs. | ORDER SEALING CASE |
| LEO THOMAS FLYNN, | |
| Defendant. | |

Upon motion of the United States and good cause having been shown, it is hereby

ORDERED, pursuant to Federal Rule of Criminal Procedure 6(e)(4), that the case in the above-entitled matter be sealed until such time as the Defendant charged therein is brought before this or any other court of competent jurisdiction for initial appearance, or until it is otherwise ordered unsealed.

IT IS FURTHER ORDERED that this Order and the United States' Motion to Seal are sealed until the case is unsealed by operation of the Defendant's initial appearance or otherwise ordered unsealed.

Dated this 2 day of February, 2010.

BY THE COURT:

JOHN E. SIMKO
United States Magistrate Judge